UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

Gregory V. Serio, Superintendent of Insurance
of the State of New York, as Rehabilitator of
FRONTIER INSURANCE COMPANY, and as
Assignee of PLATINUM INDEMNITY, LTD.,

        Civil Action No.



                  Plaintiff,

        **Rule 7.1 Statement**

      -against-

DWIGHT HALVORSON INSURANCE
SERVICES, INC d/b/a/ F.S.I.M. INSURANCE
SERVICES and FOOD SERVICE INSURANCE
MANAGERS, INC.,

                  Defendants.

------------------------------------------------------------------x

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9], and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Gregory V. Serio, Superintendent of Insurance of the State of New York, as Rehabilitator of Frontier Insurance Company, and as Assignee of Platinum Indemnity, Ltd., (a private non-governmental party) hereby certifies the following:

> Frontier Insurance Group, Inc., a publicly held entity, is the corporate parent and sole shareholder of Frontier Insurance Company, which was placed into rehabilitation pursuant to Article 74 of the New York Insurance Law on October 15, 2001.

Dated: New York, New York
       May 3, 2004

                            By: _____
                                  William S. Gyves (WG 2770)
                                  ENTWISTLE & CAPPUCCI LLP
                                  299 Park Avenue, 14th Floor
                                  New York, New York 10171
                                  (212) 894-7200

                            Attorneys for Plaintiff