AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

Gregory V. Serio, Superintendent of Insurance of the State of New York, as Rehabilitator of FRONTIER INSURANCE COMPANY, and as Assignee of PLATINUM INDEMNITY, LTD.

V.

DWIGHT HALVORSON INSURANCE SERVICES, INC. d/b/a F.S.I.M. INSURANCE SERIVCES and FOOD SERIVCE INSURANCE MANAGERS, INC.

**SUMMONS IN A CIVIL CASE**

ECF CASE

CASE NUMBER: Judge Berman

**04 CV 3361**

TO: (Name and address of defendant)

Dwight Halvorson Insurance Services, Inc.
d/b/a F.S.I.M. Insurance Services
3300 Douglas Boulevard
Roseville, California

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

William S. Gyves, Esq.
Gerard N. Saggese III, Esq.
Entwistle & Cappucci LLP
299 Park Avenue, 14th Floor
New York, New York 10171

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

*Melanie L. Lopez*

(BY) DEPUTY CLERK

MAY 0 3 2004

DATE

ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
GREGORY V. SERIO, Superintendent of     Case No. 04 CV 3361 (RMB)
Insurance of the State of New York, as Rehabilitator of     AFFIDAVIT OF SERVICE
FRONTIER INSURANCE COMPANY and as
Assignee of PLATINUM INDEMNITY, LTD.

        Plaintiff,
   -against-

DWIGHT HALVORSON INSURANCE
SERVICES, INC. d/b/a F.S.I.M.
INSURANCE MANAGERS, INC. et ano.,

        Defendants.
------------------------------------X
STATE OF CALIFORNIA )
                    S.S.:
COUNTY OF SACRAMENTO )

    JASON M. LUND, being duly sworn deposes and says that he is over the age of eighteen, is an agent of KEATING & WALKER ATTORNEY SERVICE, and is not a party to this action.

    That on the 5th day of May, 2004, at approximately 3:54 p.m., deponent served a true copy of a Summons in a Civil Case (Each Summons is directed to a specific Defendant.), Complaint with Exhibit A, Rule 7.1 Statement, Civil Cover Sheet, Judge Berman's Rules, Procedure for Electronic Case Filing dated March 6, 2003, Guidelines for Electronic Case Filing dated December 1, 2003 and 2nd Amended Instructions for Filing an Electronic Case or Appeal dated March 2, 2004 upon Dwight Halvorson Insurance Services, Inc. d/b/a F.S.I.M. Insurance Services at 3260 Penryn Road - Suite 200, Loomis, California by personally delivering and leaving the same with Greg Albers who informed deponent that he holds the position of Billing Clerk, and is authorized by Appointment to accept service at that address.

    Greg Albers is a white male approximately 30 years of age, stands approximately 5 feet, 10 inches tall, weighs approximately 160 pounds with brown hair and brown eyes.

Sworn to before me this
____ day of May, 2004

JASON M. LUND
Lic. No. 2002-23

NOTARY PUBLIC

S. L. NELSON
Commission # 1308504
Notary Public - California
Sacramento County
My Comm. Expires Jun 10, 2005