05/18/04 TUE 14:33 FAX 212 695 6602        SF&L


RECEIVED
MAY 20 2004
CHAMBERS OF
RICHARD M. BERMAN
U.S.D.J

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

Gregory V. Serio, Superintendent of
Insurance of the State of New York, as
Rehabilitator of FRONTIER INSURANCE
COMPANY, and as Assignee of PLATINUM
INDEMNITY, LTD.,

Plaintiff,

vs.

DWIGHT HALVORSON INSURANCE
SERVICES, INC. d/b/a F.S.I.M.
INSURANCE SERVICES and FOOD
SERVICE INSURANCE MANAGERS,
INC.,

Defendants

Civil Action No. 04 CV 3361 (RMB)

STIPULATION AND ORDER
EXTENDING TIME TO ANSWER

**MEMO ENDORSED**

---

IT IS HEREBY STIPULATED AND AGREED, that the time for defendants DWIGHT HALVORSON INSURANCE SERVICES, INC. d/b/a F.S.I.M. INSURANCE SERVICES and FOOD SERVICE INSURANCE MANAGERS, INC., to appear and to answer or otherwise move in response to the Summons and Complaint in this action, be and the same hereby is extended to and including the 25th day of June, 2004.

Dated: May 18, 2004
       New York, New York

_____ LR 8616
SCHINDEL FARMAN & LIPSIUS
Attorneys for Defendants
14 Penn Plaza
225 West 34th Street
New York, New York 10122
(212) 563-1710

_____ GS 5346
ENTWISTLE & CAPPUCCI
Attorneys for Plaintiff
299 Park Avenue, 14th Floor
New York, New York 10171
(212) 894-7200

SO ORDERED: RMB
            5/21/04       U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/21/04