SCHINDEL, FARMAN & LIPSIUS LLP
14 Penn Plaza Suite 500
(225 West 34th Street)
New York, New York 10122
Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
Gregory V. Serio, Superintendent of Insurance of
the State of New York, as Rehabilitator of
FRONTIER INSURANCE COMPANY, and as
Assignee of PLATINUM INDEMNITY, LTD,

               Plaintiff,

v.

DWIGHT HALVORSON INSURANCE
SERVICES, INC d/b/a F.S.I.M. INSURANCE
SERVICES and FOOD SERVICES
INSURANCE MANAGERS, INC.,

               Defendant.
----------------------------------------x

Case No.: 04 CV 3361
Hon. Richard M. Berman

RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the General Rules of the Southern District of New York and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for defendants DWIGHT HALVORSON INSURANCE SERVICES, INC. and for FOOD SERVICES INSURANCE MANAGERS, INC. certifies that the defendants have **no** corporate parents, subsidiaries, or affiliates.

Dated: June 25, 2004
      New York, New York

                                           _____
                                           Lorienton N.A. Palmer (LP 3934)