UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
Gregory V. Serio, Superintendent of Ins. of
State of NY as
Rehabilitar of      Plaintiff(s),
Frontier Ins. Co. and as Assignee of Platinum
             -v-                Indemnity Ltd

Dwight Halvorson Insurance, et al.
                 Services
             Defendant(s).
-----------------------------------X

**Case Management Plan**

04 cv. 3361 (RMB)

The following Case Management Plan is entered after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

(i) Joinder of additional parties by None

(ii) Amend the pleadings by August 6, 2004

(iii) All discovery to be expeditiously completed by ~~[redacted]~~ Nov. 30, 04

(iv) Consent to Proceed before Magistrate Judge not at this time

(v) Status of settlement discussions unsuccessful to date 12/14/04 @ 11:00

Sections vi through xi will be set at conference with the Court.

(vi) Motions to dismiss or transfer by 8/18/04; respond by 9/20/04; reply by 10/8/04

(vii) Oral Argument

(viii) Joint Pre-Trial Order to be submitted by

(ix) Final Pre-Trial Conference

(x) Trial

(xi) Other

SO ORDERED: New York, New York
7/8/04

RMB
Hon. Richard M. Berman, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/8/04