USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/18/04

# SCHINDEL, FARMAN & LIPSIUS LLP
ATTORNEYS AT LAW
14 PENN PLAZA
SUITE 500
NEW YORK, N.Y. 10122

LORIENTON PALMER
EXTENSION 241
E-MAIL lpalmer@sfl-legal.com

(212) 563-1710
FACSIMILE (212) 695-6602
WEBSITE: www.sfl-legal.com

NEW JERSEY OFFICE
4 CORNWALL DRIVE, SUITE 101
EAST BRUNSWICK, N.J. 08816
(732) 390-0166
FACSIMILE (732) 432-7706

RECEIVED
AUG 18 2004
CHAMBERS OF
RICHARD M. BERMAN
U.S.D.J.

August 18, 2004

**By Hand**

Hon. Richard Berman, U.S.D.J.
United States District Court-Southern District
40 Centre Street (Courtroom 706)
New York, New York 10007

Re: *Frontier Insurance et al v. Dwight Halvorson Insurance Services, et al*
SDNY 04 CV 3361
Our File No. :3090/0001

*[Memo Endorsed: Application Granted. SO ORDERED: Date: 8/18/04 Richard M. Berman, U.S.D.J.]*

Dear Judge Berman:

We represent defendants Dwight Halvorson Insurance Services and Food Service Insurance Managers, Inc. in the above-referenced matter. This is to request an extension of the time to file defendant's motion to dismiss and/or transfer in the above matter.

The Court's Case Management Plan dated July 8, 2004 presently provides that the motion is to be filed by August 18, 2004, plaintiff to respond by September 20, 2004 and defendants to reply by October 8, 2004. Defendants request the above schedule be extended one week such that the motion is to be filed by August 25, 2004, plaintiff's response due by September 27, 2004 and the reply due by October 15, 2004.

There have been no prior requests for an extension. I have spoken with plaintiff's counsel who has graciously consented to the request.

SCHINDEL, FARMAN & LIPSIUS LLP

Hon. Hon. Richard Berman, U.S.D.J.
August 18, 2004
Page 2

A proposed Revised Case Management Plan is enclosed.

Respectfully,

SCHINDEL, FARMAN & LIPSIUS LLP

Lorienton N.A. Palmer

**Via Facsimile & First Class Mail**

Entwistle & Cappucci LLP
299 Park Avenue -14th Floor
New York, NY 10171

Attn: William S. Gyves, Esq