SCHINDEL, FARMAN & LIPSIUS LLP
14 Penn Plaza Suite 500
(225 West 34th Street)
New York, New York 10122
Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Gregory V. Serio, Superintendent of Insurance of the State of New York, as Rehabilitator of FRONTIER INSURANCE COMPANY, and as Assignee of PLATINUM INDEMNITY, LTD, <br><br> Plaintiff, <br><br> vs. <br><br> DWIGHT HALVORSON INSURANCE SERVICES, INC d/b/a F.S.I.M. INSURANCE SERVICES and FOOD SERVICES INSURANCE MANAGERS, INC., <br><br> Defendants | **Case No.: 04 CV 3361** <br><br> **Hon. Richard M. Berman** <br><br> **NOTICE OF MOTION** |

TO:   ENTWISTLE & CAPPUCCI, LLP
      299 Park Avenue - 14th Floor
      New York, NY 10171
      (212) 894-7200
      Attn: William S. Gyves, Esq.

COUNSEL:

      Please note that Defendants Dwight Halvorson Insurance Services, Inc. ("DHIS") and Food Service Insurance Managers, Inc. (FSIM") will move the court for an order, pursuant to F.R.C.P. 12(b)(1) (2)&(3), 28 U.S.C § 13491, 9 U.S.C.§§ 1-4, dismissing the complaint based on lack of jurisdiction over the Defendants and improper venue, dismissing the complaint and/or compelling

arbitration and staying the proceedings herein, and for such other relief as to the court is just and equitable.

The motion is based on Defendants' Notice of Motion, Defendants' Memorandum of Law in Support, the pleadings herein and, the Certification of Marc I. Kunkin in Support of Defendants' Motion, with attached Exhibits, Proposed Order Granting Defendants' Motion, copies of which have been duly served upon the persons and/or entities shown above.

Oral Argument is requested only if this motion is opposed.

Dated:      August 24, 2004
            New York, New York

                                        SCHINDEL, FARMAN & LIPSIUS LLP
                                        Attorneys Defendants


                                        By: _____
                                        Lorienton N.A. Palmer (LP3934)
                                        Marc I. Kunkin (MK 4182)
                                        14 Penn Plaza, Suite 500
                                        New York, NY  10122
                                        Telephone No.: (212) 563-1710
                                        Fax: (212) 695-6602
                                        File No.: 3090.0001