UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

**Gregory V. Serio,** *Superintendent of Insurance of the State of New York, as Rehabilitator of Frontier Insurance Company and as Assignee of Platinum Indemnity, Ltd.*

                Plaintiff

   -against-

**Dwight Halvorson Insurance Services, Inc.**
*dba*
**F.S.I.M. Insurance Services**

                Defendant
-------------------------------------------------------X

ORDER SETTING
MOTION ARGUMENT
04-cv-03361(KMK)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/12/04

The Court hereby ORDERS that the oral argument on defendant's motion to dismiss in this case shall be held at 2:30pm on Friday, December 3, 2004 in the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York, Courtroom 21D.

SO ORDERED,

Kenneth M. Karas
United States District Judge

Dated: New York, New York
       November 12, 2004