# SCHINDEL, FARMAN & LIPSIUS LLP

ATTORNEYS AT LAW

14 PENN PLAZA

SUITE 500

NEW YORK, N.Y. 10122

LORIENTON PALMER
EXTENSION 241
E-MAIL lpalmer@sfl-legal.com

(212) 563-1710
FACSIMILE (212) 695-6602
WEBSITE: www.sfl-legal.com

NEW JERSEY OFFICE
4 CORNWALL DRIVE, SUITE 101
EAST BRUNSWICK, N.J. 08816
(732) 390-0166
FACSIMILE (732) 432-7706

January 12, 2005

**Electronically Filed**

Hon. Kenneth M. Karas, U.S.D.J.
United States District Court-Southern District
500 Pearl Street
New York, New York 10007-1312

       Re:   *Frontier Insurance et al v. Dwight Halvorson Insurance Services, et al*
              SDNY 04 CV 3361(KMK)
              Our File No.   :3090/0001

Dear Judge Karas:

       Following the arguments before the Court on January 7, 2005 and the Court's order of that date, defendants will move to compel arbitration under the referenced Subscription Agreement.

                                       Respectfully,
                                       SCHINDEL, FARMAN & LIPSIUS LLP

                                       Lorienton N.A. Palmer

cc:     (Via Facsimile)
        Entwistle & Cappucci LLP
        299 Park Avenue -14[th] Floor
        New York, NY 10171
        Attn: William S. Gyves, Esq