January 7, 2005

Memo to Docket Clerks:

BEFORE JUDGE KENNETH M. KARAS

2:30pm- 4pm

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/15/05
```

DOCKET NUMBER:   04-cv-3361   (KMK)

Serio-v-Dwight Halvorson Insurance

APPEARANCES:

FOR PLAINTIFF:
William S. Gyves, Esq

Adam Jachimowski, Esq
Entwistle & Cappucci LLP(NJ)
30 Columbia Turnpike
Florham Park, NJ 07932
(212) 894-7200

FOR DEFENDANT:
Lorienton N.A. Palmer, Esq.
Schindel, Farman & Lipsius LLP
14 Penn Plaza
NYC 10122

Court Reporter: Steven Griffing

Case called for argument on deft's motions (listed on docket as documents 10, 11 & 12) Motions argued. Motions re: jurisdiction withdrawn- denied as moot. Additional defense motions due , response due reply, if any due Discovery schedule in effect is hereby vacated. Discovery response to be turned over by Jan 14.

SO ORDERED:

_____
Kenneth M. Karas
U.S.D.J.