## ENTWISTLE & CAPPUCCI LLP
### ATTORNEYS AT LAW
### 299 PARK AVENUE
### NEW YORK, NEW YORK 10171-1499
### TELEPHONE: (212) 894-7200
### TELECOPIER: (212) 894-7272
### www.entwistle-law.com

AUSTIN, TX
CHICAGO, IL
FLORHAM PARK, NJ

NEW YORK, NY
TALLAHASSEE, FL
WASHINGTON, DC

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/14/05
```

September 12, 2005

**MEMO ENDORSED**

**VIA FACSIMILE**
Honorable Kenneth M. Karas, U.S.D.J.
The Daniel J. Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007-1312

Re: **Frontier Insurance Co. v. Dwight Halvorson Insurance Services, et al., 04 Civ. 3361 (KMK)**

Dear Judge Karas:

We represent plaintiff Gregory V. Serio, Superintendent of Insurance of the State of New York, as both the Rehabilitator of Frontier Insurance Company ("FIC") and Assignee of Platinum Indemnity, Ltd., in the above-referenced matter. We write to update Your Honor on the mediation of FIC's claims against defendant Dwight Halvorson Insurance Services, Inc. ("DHIS").

Unfortunately, the mediation process has been terminated. The parties have been unable to resolve their dispute. Accordingly, we respectfully request that the Your Honor lift the stay entered with respect to FIC's claims against DHIS. FIC also requests that the Court schedule a conference at its earliest convenience to address scheduling issues and any other matter Your Honor may deem appropriate at this juncture. Should Your Honor require any further information in this regard, please let us know.

Thank you in advance for your consideration.

Respectfully submitted,

Michael A. McDonough (MM 5712)

MAM/jr

cc: Lorienton N.A. Palmer, Esq. (via facsimile)

*The parties are directed to appear at a status conference on October 21, 2005 at 4pm. The stay with respect to FIC's claims against DHIS is lifted.*

SO ORDERED

KENNETH M. KARAS
9/13/05