UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

Gregory V. Serio, Superintendent of Insurance
of the State of New York, as Rehabilitator of
FRONTIER INSURANCE COMPANY,

                         Plaintiff,

        -against-

S.I.R. SERVICES-N.Y., INC;
S.I.R. SERVICES-N.Y., INC., d/b/a
Apartment & Property Owners Purchasing Group;
S.I.R. SERVICES N.J., INC.;
THE R.S.A. PURCHASING GROUP, INC.;
R.S.A. PURCHASING GROUP, a/k/a
Apartment & Property Owners Purchasing Group;
RICHARD J. SCHECHER and KIKIS A. KYRIACOU,

                         Defendants.

------------------------------------------------------------------x

04 CV 3436 (CM) (GAY)

**NOTICE OF COUNSEL'S
CHANGE OF ADDRESS**

        PLEASE TAKE NOTICE that the law firm of Entwistle & Cappucci LLP, counsel for plaintiff Gregory V. Serio, Superintendent of Insurance of the State of New York, as Rehabilitator of Frontier Insurance Company, in the above-captioned action, has relocated its New York office and may be contacted as follows:

                Entwistle & Cappucci LLP
                280 Park Avenue, 26th Floor West
                New York, New York 10017
                Telephone: (212) 894-7200
                Facsimile: (212) 894-7272

Dated: New York, New York
        October 13, 2005

                          ENTWISTLE & CAPPUCCI LLP

                          By: /s/ William S. Gyves
                              WILLIAM S. GYVES (WG 2770)

                          280 Park Avenue, 26th Floor West
                          New York, New York 10017
                          (212) 894-7200
                          Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I, Josephine Ricca, hereby certify that on this 13th day of October 2005, I caused the foregoing Notice of Counsel's Change of Address to be electronically filed with copies of same forwarded via regular mail to:

>Steven Verveniotis, Esq.
>Miranda & Sokoloff, LLP
>The Esposito Building
>240 Mineola Boulevard
>Mineola, New York 11501

and courtesy copies of same forwarded via regular mail to:

>Honorable Colleen McMahon, U.S.D.J.
>United States District Court
>Southern District of New York
>300 Quarropas Street, Room 533
>White Plains, New York 10601
>
>Honorable George A. Yanthis, U.S.M.J.
>United States District Court
>Southern District of New York
>300 Quarropas Street, Room 533
>White Plains, New York 10601

*Josephine Ricca*
JOSEPHINE RICCA