## ENTWISTLE & CAPPUCCI LLP  **MEMO ENDORSED**
ATTORNEYS AT LAW
280 PARK AVENUE
26TH FLOOR WEST
NEW YORK, NEW YORK 10017
TELEPHONE: (212) 894-7200
TELECOPIER: (212) 894-7272

ARMONK, NY  
AUSTIN, TX  
CHICAGO, IL  

www.entwistle-law.com

FLORHAM PARK, NJ  
TALLAHASSEE, FL  
WASHINGTON, DC  

October 27, 2005

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/9/05
```

Honorable Kenneth M. Karas, U.S.D.J.
Daniel J. Patrick Moynihan United States Courthouse
500 Pearl Street, Room 920
New York, New York 10007-1312

Re: **Frontier Insurance Co. v. Dwight Halvorson Insurance Services, Inc., et al., 04 Civ. 3361 (KMK)**

Dear Judge Karas:

We represent plaintiff Gregory V. Serio, Superintendent of Insurance of the State of New York, as both the Rehabilitator of Frontier Insurance Company and Assignee of Platinum Indemnity, Ltd., in the above-referenced matter. At the October 21, 2005 status conference, the Court ordered that fact discovery in this matter is to be completed within four months.

Pursuant to Your Honor's instructions, the parties submit the following proposed schedule with respect to fact discovery:

1. Any additional paper discovery, other than Requests for Admissions, is to be served by November 30, 2005;

2. All responses to paper discovery served in a manner consistent with the preceding paragraph (including any document productions made in response thereto) are due by December 30, 2005;

3. Depositions are to be completed by February 20, 2006; and,

4. All fact discovery is to be completed by February 20, 2006.

MICROFILM
NOV - 8 2005

Returned to chambers for scanning on 11·8·05
Scanned by chambers on _____

Honorable Kenneth M. Karas, U.S.D.J.
October 27, 2005
Page 2

        The parties also request an additional one month from the close of fact discovery to complete expert discovery, if any. As such, the proposed discovery schedule with respect to expert discovery is as follows:

1. Parties are to exchange expert reports by March 6, 2006; and,

2. Depositions of experts are to be completed by March 20, 2006.

        We will await word as to whether these proposed discovery schedules meet with Your Honor's approval. Thank you for your consideration.

Respectfully submitted,

William S. Gyves (WG 2770)

WSG/jr

cc: Lorienton N.A. Palmer, Esq. (via facsimile)

*The proposed discovery schedule described in this letter is acceptable to the Court.*

SO ORDERED

KENNETH M. KARAS U.S.D.J.

11/2/05

U.S. DISTRICT COURT FILED NOV 7 2005 S.D. OF N.Y.