12/01/05 THU 18:13 FAX 212 695 6602 SF&L

**MEMO ENDORSED**

# SCHINDEL, FARMAN & LIPSIUS
## ATTORNEYS AT LAW
### 14 PENN PLAZA
### SUITE 500
### NEW YORK, N.Y. 10122

LORIENTON PALMER
EXTENSION 241
E-MAIL lpalmer@sfl-legal.com

(212) 563-1710
FACSIMILE (212) 695-6602
WEBSITE: www.sfl-legal.com

NEW JERSEY OFFICE
4 CORNWALL DRIVE, SUITE 101
EAST BRUNSWICK, NJ 08816
(732) 390-0100
FACSIMILE (732) 432-7706

December 1, 2005

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #: _____*
*DATE FILED: 12/9/05*

**VIA FACSIMILE**

Hon. Kenneth M. Karas, U.S.D.J
Daniel J. Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *Frontier Insurance et al v. Dwight Halvorson Insurance Services, et al*
SDNY 04 CV 3361(KMK)
Our File No. :3090.0001

Dear Judge Karas:

We represent defendants in the above-referenced matter. This is to request an extension of the time regarding Frontier Insurance Company's motion on the issue of the promissory note.

I have spoken with counsel for Frontier and we have agreed, subject to the Court's approval, to extend defendants' time to submit opposition papers to Tuesday, December 13, 2005. Frontier's reply papers would be served on December 23, 2005.

We request the Court's approval of this revised schedule.

Respectfully,
SCHINDEL, FARMAN & LIPSIUS LLP

*[signature]*
Lorienton N.A. Palmer

**Via Facsimile & E-Mail**
Entwistle & Cappucci LLP
280 Park Avenue -26th Floor
New York, NY 10017
Attn: William S. Gyves, Esq
 Michael McDonough, Esq.

*The briefing schedule is extended as noted in this letter.*

SO ORDERED
*[signature]*
KENNETH M. KARAS U.S.D.J.
12/2/05