UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
:
Gregory V. Serio, Superintendent of Insurance   :   04 CV 3361 (KMK)
of the State of New York, as Rehabilitator of   :
FRONTIER INSURANCE COMPANY, and as   :
Assignee of PLATINUM INDEMNITY, LTD.,   :
:
         Plaintiff,   :   **NOTICE PURSUANT**
:   **TO RULE 44.1**
   -against-   :
:
DWIGHT HALVORSON INSURANCE   :
SERVICES, INC. d/b/a/ F.S.I.M. INSURANCE   :
SERVICES and FOOD SERVICE INSURANCE   :
MANAGERS, INC.,   :
:
         Defendants.   :
:
------------------------------------------------------------------------x

   Pursuant to Rule 44.1 of the Federal Rules of Civil Procedure, plaintiff Gregory V. Serio, Superintendent of Insurance of the State of New York, as Rehabilitator of Frontier Insurance Company and Assignee of Platinum Indemnity, Ltd., hereby gives notice to the Court, all parties and their counsel that, in support of his motion for partial summary judgment against defendant Food Service Insurance Managers, Inc. on Count IV of the Complaint, the Superintendent shall rely, in part, on the laws of the Island of Bermuda, as provided for in the promissory note at issue on said application.

Dated: New York, New York
    November 11, 2005

              ENTWISTLE & CAPPUCCI LLP
              280 Park Avenue, 26th Floor West
              New York, New York 10017
              (212) 894-7200

              By: _____
                 WILLIAM S. GYVES (WG 2770)
                 MICHAEL A. MCDONOUGH (MM 5712)

              Attorneys for Plaintiff