UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOCUMENT
ELECTRONICALLY FILED
DATE FILED: 2/9/06

**Gregory V. Serio**
*Superintendent of Insurance of the State of New York,
as Rehabilitator of Frontier Insurance Company and
as Assignee of Platinum Indemnity, Ltd.*
              Plaintiff,

-v-

**Dwight Halvorson Insurance Services, Inc.**
*doing business as*
F.S.I.M. Insurance Services,
              Defendants.

Case No. 04-CV-3361 (KMK)

REFERRAL ORDER

KENNETH M. KARAS, District Judge:

The above entitled action is referred to Magistrate Judge Henry B. Pitman for the following purpose(s):

__✓__ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*

_____

_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose:_____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion:_____

                                        All such motions: _____

___   Settlement*

___   Inquest After Default/Damages Hearing

---

\* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:    February **9**, 2006
                New York, New York

                                                _/s/ Kenneth M. Karas_
                                                Kenneth M. Karas
                                                United States District Judge