UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X

GREGORY V. SERIO, Superintendent
of Insurance of the State of
New York, as Rehabilitator of
Frontier Insurance Company and
as Assignee of Platinum
Indemnity, Ltd.,

               Plaintiff,

   -against-

DWIGHT HALVORSON INSURANCE
SERVICES, INC., d/b/a "F.S.I.M.
Insurance Services,"

              Defendant.
-----------------------------------X

04 Civ. 3361 (KMK)(HBP)

ORDER

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 2-23-06]

      PITMAN, United States Magistrate Judge:

      A conference having been held on this date during which various discovery and scheduling matters were discussed, for the reasons stated on the record in open court, it is hereby ORDERED that:

      1. Defendant shall complete its production of documents responsive to plaintiff's document requests no later than February 22, 2006.

      2. The deadline for the completion of deposition discovery is extended to April 7, 2006.

      3. Both sides may examine Andrew McComb when he appears for his deposition on March 2, 2006. Plaintiff may question McComb first; defendant's cross-examina-

tion of McComb is not limited to subjects raised by plaintiff in his direct examination.

Dated: New York, New York
February 22, 2006

SO ORDERED

_____
HENRY PITMAN
United States Magistrate

Copies transmitted to:

William S. Gyves, Esq.
Entwistle & Cappucci LLP
280 Park Avenue
26th Floor
New York, New York 10017

Lorienton N.A. Palmer, Esq.
Schindel, Farman & Lipsius LLP
14 Penn Plaza
Suite 500
New York, New York 10122