UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

Gregory V. Serio, Superintendent of Insurance
of the State of New York, as Rehabilitator of
FRONTIER INSURANCE COMPANY, and as
Assignee of PLATINUM INDEMNITY, LTD.,

                            Plaintiff,

-against-

DWIGHT HALVORSON INSURANCE
SERVICES, INC d/b/a/ F.S.I.M. INSURANCE
SERVICES and FOOD SERVICE INSURANCE
MANAGERS, INC.,

                            Defendants.

----------------------------------------------------------------x

04 CV 3361 (KMK) (HP)

**CONSENT ORDER
REGARDING WITHDRAWAL
OF PLAINTIFF'S COUNSEL**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-28-06

THIS MATTER HAVING been opened to the Court upon the application of Entwistle & Cappucci LLP, attorneys for plaintiff Gregory V. Serio, Superintendent of Insurance of the State of New York (the "Superintendent"), as Rehabilitator of Frontier Insurance Company ("FIC"), to withdraw from its representation of FIC in this matter; and,

IT APPEARING that the Superintendent and FIC consent to this withdrawal and are desirous of having the Law Office of Christopher DuBois, 195 Lake Louise Marie Road, Rock Hill, New York, substitute in as FIC's attorney of record in the above-captioned matter; and,

IT FURTHER APPEARING that the defendants consent to this substitution of counsel; and,

IT FURTHER APPEARING that this substitution is not taken for the purposes of delay;

IT IS on this  28th  day of  June , 2006:

ORDERED that the Law Office of Christopher DuBois shall be and hereby is substituted into the above-captioned action as attorney of record for FIC.

SO ORDERED

_____
HONORABLE HENRY PITMAN, U.S.M.J.

WE HEREBY CONSENT TO THE FORM
AND ENTRY OF THE FOREGOING:

ENTWISTLE & CAPPUCCI LLP
280 Park Avenue, 26th Floor West
New York, New York 10017
(212) 894-7200
Withdrawing Attorneys for Plaintiff

By: _____
William S. Gyves (WG 2770)

Dated: June 22, 2006

LAW OFFICE OF CHRISTOPHER DUBOIS
195 Lake Louise Marie Road
Rock Hill, New York 12775
(845) 796-2100
Superseding Attorney for Plaintiff

By: _____
Christopher DuBois (CD 0776)

Dated: June 22, 2006

SCHINDEL, FARMAN & LIPSIUS LLP
14 Penn Plaza, Suite 500
New York, New York 10122
(212) 563-1710
Attorneys for Defendants

By: _____
Lorienton N.A. Palmer (LP 3934)

Dated: June 22, 2006

2