USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/28/06

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**Gregory V. Serio,** *Superintendent of Insurance of the State of New York, as Rehabilitator of Frontier Insurance Company and as Assignee of Platinum Indemnity, Ltd.*
                **Plaintiff.**

-v-

**Dwight Halvorson Insurance Services, Inc.** *dba* **F.S.I.M. Insurance Services**

                **Defendants.**

Case No. 04-CV-3361 (KMK)

ORDER
ECF

KENNETH M. KARAS, District Judge:

      The Court hereby ORDERS that the oral argument on the outstanding motions in this case shall be held at 2:15pm on December 18, 2006 in the United States Courthouse for the Southern District of New York, Courtroom 21D, 500 Pearl Street, New York, New York.

SO ORDERED.

_____
Kenneth M. Karas
United States District Judge

Dated: November 27, 2006
      New York, New York