UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Gregory V. Serio, Superintendent of Insurance
of the State of New York, as Rehabilitator of
FRONTIER INSURANCE COMPANY, and as
Assignee of PLATINUM INDEMNITY, LTD,

                Plaintiff,

-against-

DWIGHT HALVORSON INSURANCE
SERVICES, INC d/b/a F.I.S.M. INSURANCE
SERVICES and FOOD SERVICES INSURANCE
MANAGERS, INC.,

                Defendants.

STIPULATION OF
SUBSTITUTION OF
COUNSEL

Civil Case No.:
04-CV-3361
(KMK/ECF)

IT IS HEREBY STIPULATED AND AGREED, by the undersigned, that the law firm of Featherstonhaugh, Wiley, Clyne & Cordo, LLP, 99 Pine Street, Albany, New York 12065, be substituted as attorneys for the plaintiff in the above captioned matter in place and in stead of the Law Office of Christopher DuBois. This stipulation may be filed without further notice with the Clerk of the Court.

DATED: December 12, 2006.

FRONTIER INSURANCE COMPANY
in Rehabilitation

By: _____
John A. Johnson, Estate Manager
195 Lake Louise Marie Road
Rock Hill, New York 12775
(845) 796-2100

LAW OFFICE OF CHRISTOPHER DUBOIS

By: _____
Christopher DuBois (CD 0776)
195 Lake Louise Marie Road
Rock Hill, New York 12775
(845) 796-2100

FEATHERSTONHAUGH, WILEY,
CLYNE & CORDO, LLP

By: _____
Randall J. Ezick, Esq.
Bar Roll No.: RJE 1457
99 Pine Street 2nd Floor
Albany, NY 12207

(518) 436-0786

WD003586.1