KARAS, S.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELECTRONICALLY FILED

DATE FILED: 1/8/07

Gregory V. Serio, Superintendent of Insurance
of the State of New York, as Rehabilitator of
FRONTIER INSURANCE COMPANY, and as
Assignee of PLATINUM INDEMNITY, LTD.,

Plaintiff,

-against-

DWIGHT HALVORSON INSURANCE
SERVICES, INC d/b/a F.S.I.M. INSURANCE
SERVICE and FOOD SERVICES INSURANCE
MANAGERS, INC.,

Defendants.

:
:
:
:
:
:
:
:
:
:
:
:

ORDER AND
STIPULATION OF
SUBSTITUTION OF
COUNSEL

Civil Case No.:
04-CV-3361
(KMK/ECF)

IT BEING HEREBY STIPULATED AND AGREED, by the undersigned, that the
law firm of Featherstonhaugh, Wiley, Clyne & Cordo, LLP, 99 Pine Street, Albany, New
York 12207, be substituted as attorneys for the plaintiff in the above captioned matter in
place and in stead of the Law Office of Christopher DuBois, and

IT APPEARING that the substitution is for the purpose of substituting trial counsel
in place and in stead of plaintiff's in house counsel, and

IT FURTHER APPEARING that discovery has been completed but that no trial date
for the action has yet been set and that therefore the requested substitution will not result
in any delay,  now, therefore, it is

ORDERED that the law firm of Featherstonhaugh, Wiley, Clyne & Cordo, LLP, 99
Pine Street, Albany, New York 12207, be substituted as attorneys for the plaintiff in the

WD003754.1

above captioned matter in place and in stead of the Law Office of Christopher DuBois.

DATED: December ~~———~~, ~~2006~~.

January 4, 2001

SO ORDERED

WE HEREBY CONSENT TO THE FORM
AND ENTRY OF THE FOREGOING:

FRONTIER INSURANCE COMPANY          LAW OFFICE OF CHRISTOPHER DUBOIS
in Rehabilitation

By: _____          By: _____
    John A. Johnson                       Christopher DuBois (CD 0776)
    Estate Manager                        195 Lake Louise Marie Road
    195 Lake Louise Marie Road            Rock Hill, New York 12775
    Rock Hill, New York 12775             (845) 796-2100
    (845) 796-2100

FEATHERSTONHAUGH, WILEY,
    CLYNE & CORDO, LLP

By: _____
    Randall J. Ezick, Esq.
    Bar Roll No.: RJE 1457
    99 Pine Street 2nd Floor
    Albany, NY 12207
    (518) 436-0786

WD003754.1