FEATHERSTONHAUGH, WILEY, CLYNE & CORDO, LLP
99 PINE STREET
ALBANY, NEW YORK 12207

(518) 436-0786
FAX (518) 427-0452
rje@fcwc-law.com

RANDALL J. EZICK
OF COUNSEL

July 10, 2007

Honorable Kenneth M. Karas
United States District Court
500 South Pearl Street, Room 920
New York, New York 10007

**RE:** **Serio v. Dwight Halvorson Insurance Services, Inc., et. al.**
**1:04-cv-3361**
**Our File No.: FRONIN 2003027**

Dear Judge Karas:

In accordance with paragraph 3.F. of the Court's individual Rules of Practice, we wish to advise the Court that the plaintiff's motion for partial summary judgment in the above-referenced matter was fully submitted as of January 30, 2007 and has remained undecided for more than sixty (60) days.

Very truly yours,

FEATHERSTONHAUGH, WILEY, CLYNE
& CORDO, LLP

Randall J. Ezick

RJE:lar
cc: Lorienton N. A. Palmer - Schindel, Farman & Lipsius LLP

WD007998.1