SCHINDEL, FARMAN, LIPSIUS, GARDNER & RABINOVICH LLP
14 Penn Plaza Suite 500
New York, New York 10122
Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GREGORY V. SERIO, SUPERINTENDENT OF INSURANCE OF THE STATE OF NEW YORK, as Rehabilitator of FRONTIER INSURANCE COMPANY, and as Assignee of PLATINUM INDEMNITY, LTD, <br><br> Plaintiff, <br><br> vs. <br><br> DWIGHT HALVORSON INSURANCE SERVICES, INC d/b/a F.S.I.M. INSURANCE SERVICES and FOOD SERVICES INSURANCE MANAGERS, INC., <br><br> Defendants | 04 CV 3361(KMK) <br><br><br> **NOTICE OF APPEAL** |

FILED U.S. DC
NOV 02 2007
S.D. OF N.Y.

**NOTICE** is hereby given that defendants, Dwight Halvorson Insurance Services, Inc. d/b/a F.S.I.M. Insurance Services and Food Services Insurance Managers, Inc., appeal to the United States Court of Appeals for the Second Circuit from the Opinion and Order in favor of plaintiff and against defendants, entered on the docket in this action on October 4, 2007.

Dated: New York, New York
       November 2, 2007

SCHINDEL, FARMAN, LIPSIUS,
GARDNER & RABINOVICH LLP
Attorneys Defendants

By: _____
Lorienton N.A. Palmer (LP3934)
14 Penn Plaza, Suite 500
New York, NY 10122
212-563-1710
Fax: 212-695-6602
File No.: 3090.0001

TO: Randall J. Ezick, Esq.
FEATHERSTONBAUGH, WILEY & CLYNE, LLP
99 Pine Street
Albany, New York 12207
518-436-0786
Fax: 518-427-0452