```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GREGORY V. SERIO, Superintendent of Insurance
of the State of New York, as Rehabilitator of Frontier
Insurance Company and as Assignee of Platinum
Indemnity, Ltd.

               Plaintiff,

-v-

DWIGHT HALVORSON INSURANCE
SERVICES, INC. d/b/a F.S.I.M. Insurance Services

               Defendants.

Case No. 04-CV-3361 (KMK)

ORDER

---

KENNETH M. KARAS, District Judge:

In light of Plaintiff's November 8, 2007 letter to the Court, Plaintiff is hereby ORDERED to arrange for the judgment funds arising under Count IV of the Complaint to be deposited in an escrow account acceptable to Defendants within thirty (30) days of the date of this Order.

SO ORDERED.

Dated:      May 20, 2008
             White Plains, New York

                                          KENNETH M. KARAS
                                          UNITED STATES DISTRICT JUDGE