UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 7/24/08

**Gregory V. Serio,** *Superintendent of Insurance of the State of New York, as Rehabilitator of Frontier Insurance Company and as Assignee of Platinum Indemnity, Ltd.*
                 **Plaintiff.**

-v-

**Dwight Halvorson Insurance Services, Inc.**
***dba* F.S.I.M. Insurance Services**
                 **Defendants.**

Case No. 04-CV-3361 (RJS)

ORDER
ECF

RICHARD J. SULLIVAN, District Judge:

The above-entitled action has been reassigned to my docket. Accordingly, the parties are hereby ORDERED to appear for a status conference on **August 14, 2008 at 9am** in Courtroom **21C** of the United States District Court for the Southern District of New York, 500 Pearl Street, NYC.

SO ORDERED.

DATED:
New York, New York
July 24, 2008

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE