UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GREGORY V. SERIO,

                Plaintiff,

-v-

DWIGHT HALVORSON INSURANCE
SERVICES, INC., *et al.*,

                Defendants.

No. 04 Civ. 3361 (RJS)
ORDER



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/14/08

RICHARD J. SULLIVAN, District Judge:

    At the conference held before the Court on August 14, 2008, the Court adopted the following directive:

    By September 3, 2008, the parties shall submit a joint letter proposing dates during the second and third weeks of September on which all parties are available for a settlement conference before the Court.

SO ORDERED.

Dated:      August 14, 2008
             New York, New York

                                                  RICHARD J. SULLIVAN
                                                  UNITED STATES DISTRICT JUDGE