USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/16/09

HUNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GREGORY V. SERIO,

              Plaintiff,

-v-

DWIGHT HALVORSON INSURANCE SERVICES, INC., *et al.*,

              Defendants.

No. 04 Civ. 3361 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

The Court is in receipt of Plaintiff's letter dated March 13, 2009, requesting an adjournment of the conference before the Court presently scheduled for March 26, 2009. Defendants do not object to the request.

Accordingly, IT IS HEREBY ORDERED that the conference is adjourned until April 7, 2009 at 9 a.m.

SO ORDERED.

Dated:     March 13, 2009
            New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE